```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 07103
  DONNA LOUISE CUNY
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-4953


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/01/05 and confirmed on 05/05/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $    8460.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                      PAID         PAID
-----------------------------------------------------------------------
HEIGHTS FINANCE CORP     SECURED           100.00        2.29        100.00
AMERICASH LOANS          UNSECURED         185.89         .00        115.01
CAPITAL ONE FINANCIAL    UNSECURED      NOT FILED         .00           .00
CAPITAL ONE FINANCIAL    UNSECURED      NOT FILED         .00           .00
CAPITAL ONE FINANCIAL    UNSECURED      NOT FILED         .00           .00
GMAC                     UNSECURED        6322.70         .00       3911.86
ECAST SETTLEMENT CORPORA UNSECURED        1021.97         .00        632.29
PAYDAY LOAN STORE        UNSECURED      NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC UNSECURED         935.73         .00        578.94
RESURGENT CAPITAL SERVIC UNSECURED         294.76         .00        182.37
ECAST SETTLEMENT CORPORA UNSECURED         631.98         .00        391.01
ILLINI CASH ADVANCE INC  UNSECURED      NOT FILED         .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  100.00       .00       9393.03        .00      9493.03
PRINCIPAL PAID      100.00       .00       5811.48        .00      5911.48
INTEREST PAID         2.29       .00           .00        .00         2.29
TOTAL PAID          102.29       .00       5811.48        .00      5913.77
The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   2200.00
and was paid $    2200.00 .

The Trustee received $     346.23 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 06/23/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```